JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHOKRIAN,<br><br>PLAINTIFF(S)<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 14-8639-DMG (JEMx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiff Amir Shokrian take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: January 28, 2016

By   /s/ Kane Tien
       Deputy Clerk